UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| UNITED STATES OF AMERICA | |
|---|---|
| | 18-Cr-858 (SHS) |
| v. | ORDER |
| FRANCISCO ANDRICKSON PENA, | |
| Defendant. | |

---

SIDNEY H. STEIN, U.S. District Judge.

Defendant Francisco Pena submitted a letter dated August 16, 2022 requesting that this Court direct the Bureau of Prisons (BOP) to transfer him to a lower-security prison.

Under 18 U.S.C. § 3621(b), the final determination of a prisoner's placement rests within the discretion of the BOP.

Because this Court lacks authority to change an inmate's place of imprisonment under 18 U.S.C. § 3621, this application is denied.

The Clerk of Court is directed to send a copy of this Order to Mr. Pena at FCI Pollock Federal Correctional Institution, P.O. Box 4050, Pollock, LA 71467.

Dated: New York, New York
       September 1, 2022

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.